**Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN EKLUND, individually,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:22-cv-01307-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S DISLCOSURE OF EXPERT TESTIMONY** |

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant's disclosure of expert testimony. Dkt. No. 16. This motion is GRANTED and the expert witness disclosure deadline is continued from October 25, 2023, to November 8, 2023.

ORDERED this 26th day of October, 2023.

Kymberly K. Evanson
United States District Judge