**Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN EKLUND, individually, | No. 2:22-cv-01307-KKE |
| Plaintiff, | ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, a foreign insurance company, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for dismissal of all claims with prejudice. Dkt. No. 19. The parties' motion is GRANTED and it is hereby ORDERED that all claims herein are dismissed with prejudice and without costs or attorney's fees to any party. The clerk is directed to close this case.

Dated: February 28, 2024.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 1